IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTIA PROPERTIES & INVESTMENTS LTD., | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. H-10-1788 |
| CATLIN SPECIALITY INSURANCE COMPANY, STEVE WANAMAKER, and ENGLE MARTIN & ASSOCIATES, | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Magistrate Judge upon referral from the District Judge is Defendant Catlin Specialty Insurance Company's Motion for Leave to File Second Amended Answer (Document No. 53). Having considered the motion, Plaintiff's response in opposition, the recently discovered evidence upon which the amendment is based, and the extension of the discovery deadline to August 31, 2011, it is

ORDERED that Defendant Catlin Speciality Insurance Company's Motion for Leave to File Second Amended Answer (Document No. 53) is GRANTED.

Signed at Houston, Texas, this 11th day of July, 2011.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE